IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3126 |
| vs. | |
| TITUS J. MILLER, | ORDER |
| Defendant. | |

This case was determined to be unusual and complex for the purposes of the Speedy Trial Act. Consistent with that designation, the government has determined it cannot thoroughly review an redact the discovery before the current disclosure deadline of December 13, 2019. It requests additional time for performing Rule 16 disclosures. The motion is unopposed. The court finds it should be granted.

Accordingly,

IT IS ORDERED that the government's motion, (Filing No. 23), is granted, and its deadline for accomplishing discovery in accordance with NECrimR 16.1 and Fed. R. Crim. P. 16 is extended to December 30, 2019.

December 17, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge