IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TITUS J. MILLER,

    Defendant.

**4:19CR3126**

**ORDER**

After conferring with defense counsel,

IT IS ORDERED:

1) Defendant's unopposed oral motion to continue the status conference, (Filing No. 28), is granted.

2) A status conference will be held before the undersigned magistrate judge at 1:00 p.m. on March 4, 2020 in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss case progression. Defendant, defense counsel, and counsel for the government shall be present at the conference.

3) The court finds that the time between today's date and March 4, 2020 is excluded in any computation of time under the Speedy Trial Act because this case remains "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

February 7, 2020.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge