IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:19CR3126 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **WAIVER OF PERSONAL** |
| v. | ) | **APPEARANCE AT STATUS** |
| | ) | **HEARING** |
| TITUS J. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

I, Titus Miller, defendant in the above captioned case, hereby waive my personal appearance at the status hearing presently set for March 4, 2020, at 1:00 p.m. I make this waiver freely and voluntarily after full consultation with my attorney, Assistant Federal Public Defender John C. Vanderslice.

_____   3-2-20
Defendant                          Date

_____   3-2-20
Attorney for Defendant             Date

**ORDER**

IT IS ORDERED that the defendant's waiver is hereby accepted and his personal appearance at the status conference now set for March 4, 2020, at 1:00 p.m., is excused.

DATED this __2nd__ day of March, 2020.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT