IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      vs.<br><br>TITUS J. MILLER,<br><br>              Defendant. | **4:19CR3126**<br><br>**ORDER** |

Defendant has moved to continue the trial, (Filing No. 37), because Defendant's newly appointed counsel needs additional time to review discovery and prepare for trial. The motion to continue is unopposed. After conferring with counsel, the court finds the motion should be granted.

Accordingly,

IT IS ORDERED:

1) Defendant's oral motion to continue (Filing No. 37), is granted.

2) The trial of this case is continued pending further order of the court.

3) A status conference will be held before the undersigned magistrate judge at 2:00 p.m. on June 30, 2020 in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss case progression and a potential trial setting. Defendant, defense counsel, and counsel for the government shall be present at the conference.

4) The ends of justice and public health considerations served by continuing the trial outweigh the interests of the public and the defendant in a speedy trial, and the time between today's date and June 30, 2020, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and to protect the public, court, parties, and counsel from illness. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this

      court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

April 27, 2020.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge