IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TITUS J. MILLER,<br><br>    Defendant. | 4:19CR3126<br><br>**ORDER** |

  IT IS ORDERED that Plaintiff shall respond to Defendant's Motion to Correct Sentence (Filing 63) on or before November 5, 2020.

  Dated this 22nd day of October, 2020.

                 BY THE COURT:

                 *Richard G. Kopf*

                 Richard G. Kopf
                 Senior United States District Judge