IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TITUS J. MILLER,<br><br>        Defendant. | 4:19CR3126<br><br>**ORDER** |

    IT IS ORDERED that no later than February 22, 2022, each party shall submit a brief addressing the issue(s) raised by the Court of Appeals, to wit: "This court reverses and remands to the district court to enter an amended judgment specifying whether all $50,000 shall be awarded as an assessment to the Child Pornography Victims Reserve, or whether some part shall be awarded as an assessment to the Reserve and some shall be awarded as restitution under 18 U.S.C. § 2259 to the victims."

    Dated this 20th day of January, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge